UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                                 Case No. 23-30129
                                                 Originating No.  22-258

**DORALE LESHAWN DOYLE,**

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DORALE LESHAWN DOYLE,** to answer to charges pending in another federal district, and states:

1. On **March 31, 2023,** defendant was arrested/appeared voluntarily in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Superseding Indictment**.  Defendant is charged in that district with violations of **18 U.S.C, Sections 371, 2312 and 2 –Conspiracy, Interstate Transportation of Stolen Motor Vehicle, Aiding and Abetting.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        *s/DOUG SALZENSTEIN*
        DOUG SALZENSTEIN
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: March 31, 2023